JASON D. WOODBURY
CARSON CITY DISTRICT ATTORNEY
Nevada Bar Number: 6870
ADRIANA G. FRALICK
Chief Deputy District Attorney
Nevada Bar Number: 9392
885 E. Musser Street, Suite 2030
Carson City, Nevada 89701
(775) 887-2070
afralick@carson.org
*Attorneys for Carson City Sheriff's Office*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ZACKERY TYLER SPENCE,<br><br>Plaintiff,<br><br>v.<br><br>CARSON CITY DEPUTY SHERIFF BRETT BINDLEY and CARSON CITY SHERIFF'S SERGEANT JOHN HITCH,<br><br>Defendants. | Case No. 3:17-CV-00632-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION TO QUASH SUBPOENA** |

The Carson City Sheriff's Office, by and through its counsel, Jason D. Woodbury, Carson City District Attorney and Adriana G. Fralick, Chief Deputy District Attorney, moves this Court to extend the current deadline for the Carson City Sheriff's Office to file their reply to Plaintiff's Response in Opposition to Motion to Quash Subpoena in this matter from April 7, 2018 to April 20, 2018.

This is the first request of an extension and this request is not made for improper purposes, or to cause undue delay, and that no party will be prejudiced should the Court grant

1

the instant request.

| DATED: THIS 6TH DAY OF APRIL, 2018 | DATED: THIS 6TH DAY OF APRIL, 2018. |
|---|---|
| LAW OFFICE OF LUKE BUSBY | OFFICE OF THE DISTRICT ATTORNEY |
| By: _/s/ Luke Busby, Esq._<br>Luke Busby, Esq.<br>216 East Liberty Street<br>Reno, Nevada 89509<br>Attorney for Plaintiff | By: _/s/ Adriana G. Fralick, Esq._<br>Adriana G. Fralick, Esq.<br>885 East Musser Street, Ste. 2030<br>Carson City, Nevada 89701<br>Attorney for Carson City Sheriff's Office |

**ORDER**

IT IS SO ORDERED.

DATED: April 9 , 2018.

_William G. Cobb_
UNITED STATES MAGISTRATE JUDGE