Katherine F. Parks, Esq. - State Bar No. 6227
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
kfp@thorndal.com
Attorneys for Defendants
BRETT BINDLEY AND JOHN HITCH

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ZACKERY TYLER SPENCE,
　　　　　　　　　　　　Plaintiff,

vs.

CARSON CITY DEPUTY SHERIFF BRETT BINDLEY and CARSON CITY SHERIFF'S SERGEANT JOHN HITCH, ,
　　　　　　　　　　　　Defendants.

CASE NO. 3:17-CV-00632-MMD-WGC

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff, ZACKERY TYLER SPENCE, and Defendants, BRETT BINDLEY and JOHN HITCH, by and through their respective counsel, and hereby stipulate

///
///
///
///
///
///
///
///

- 1 -

that the above-entitled matter may be dismissed with prejudice in its entirety with each party to bear their own costs and attorney's fees

**AFFIRMATION**
**Pursuant to NRS 239B.030**

The undersigned hereby affirms that this document does not contain the social security number of any person.

| | |
|---|---|
| DATED this 2nd day of May, 2018.<br><br>LAW OFFICE OF LUKE BUSBY<br><br>By: _____<br>Luke Busby, Esq.<br>216 East Liberty Street<br>Reno, Nevada 89509<br>(775) 453-0112<br>Attorney for Plaintiff<br><br>DATED: This 30 day of April, 2018.<br><br>LAW OFFICE OF JESSE KALTER<br><br>By: _____<br>Jesse Kalter, Esq.<br>780 Vista Blvd<br>Sparks, Nevada 89434<br>(775) 331-3888<br>Attorney for Plaintiff | DATED this 3Y day of May, 2018.<br><br>THORNDAL ARMSTRONG<br>DELK BALKENBUSH & EISINGER<br><br>By: _____<br>Katherine F. Parks, Esq.<br>State Bar No. 6227<br>6590 S. McCarran Blvd., Suite B<br>Reno, Nevada 89509<br>(775) 786-2882<br>kfp@thorndal.com<br>Attorneys for Defendants<br>BRETT BINDLEY AND JOHN HITCH |

**ORDER**

IT IS SO ORDERED.

DATED: May 3, 2018

_____
DISTRICT COURT JUDGE

- 2 -